AO91 (Rev. 12/03) Criminal Complaint                                                                  AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:16-po-03625

Luis LOVO-Parada
JAE
El Salvador 1994

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __July 14, 2016__ in __Starr__ County, in the __Southern District Of Texas__ defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Luis LOVO-Parada was encountered by Border Patrol Agents near Falfurrias, Texas on July 21, 2016. When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on July 14, 2016 by wading across the Rio Grande River near the Roma, Texas Port of Entry.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:  ☐ Yes   ☒ No

/S/ Chan, Jon Border Patrol Agent
Signature of Complainant

Chan, Jon   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 22, 2016                                                      at        McAllen, Texas
Date                                                                                 City/State

Peter E Ormsby          U.S. Magistrate Judge
Name of Judge           Title of Judge                                 Signature of Judge